IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAILZINE D. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 12-4982 |
| ACTING COMMISSIONER OF SOCIAL SECURITY | : | |

## ORDER

AND NOW, this 31st day of JANUARY, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review; Defendant's response thereto and Plaintiff's reply, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

The Report and Recommendation is **APPROVED AND ADOPTED.**

The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket Entry No. 6) is **GRANTED.**

The matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.